UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE,

                Plaintiff,

       -v-

KIDKRAFT, INC., et al.,

                Defendants.

20-CV-9378 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, Defendants' time in which to answer or otherwise respond to the complaint is extended for 45 days.

    The parties shall submit an agreed-upon consent order or a status letter within 45 days.

    SO ORDERED.

Dated: April 1, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge